## Mrahunec *v.* Mrahunec, Appellant.

Argued April 12, 1966. *Joseph M. Stanichak* and *W. N. Dinsmore,* for appellant; no argument was made nor brief submitted for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, J., dissented.

WATKINS, J., absent.

## Pearl's Liquor License Case.

Submitted April 13, 1966. *Floyd R. Warren,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Aaron Cohen,* and *Cohen and Popiel,* for appellee.

Order affirmed.